UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EPPS, | No. 2:14-cv-1347 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| CSP SACRAMENTO, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis, asserting claims under 42 U.S.C. § 1983. This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302. The parties have not consented to the jurisdiction of the magistrate judge.

On October 24, 2014, the court ordered plaintiff to complete service documents and file them with the court, among other things. ECF No. 9. Plaintiff asserts that he never received any court documents dated October 24, 2014, indicating that he learned about them through a third party. ECF No. 19. It appears that the Clerk of the Court has re-sent the order and service documents.

Accordingly, IT IS HEREBY ORDERED that

1. The Clerk of the Court is instructed to re-serve plaintiff with the order of October 24, 2014, and the service documents referred to in that order (ECF No. 9 at 5 ¶ 5), if the Clerk has not already done so.

1

    2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 4 above; and

        d. Three (3) copies of the endorsed First Amended Complaint.

    3. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 31, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EPPS,<br><br>             Plaintiff,<br><br>     v.<br><br>CPS SACRAMENTO,<br><br>             Defendant. | No.  2:14-cv-1347 MCE AC P<br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_            completed summons form

    \_\_\_\_            completed USM-285 forms

    \_\_\_\_            copies of the _____
                                       Complaint

DATED:

                                                   _____
                                                   Plaintiff