UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EPPS, | No. 2:14-cv-1347 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| CSP SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 19, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  ECF No. 49.  Neither party has filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The Findings and Recommendations filed January 19, 2016 (ECF No. 49) are ADOPTED IN FULL.

2. Defendants' Motion to Dismiss (ECF No. 33) is DENIED without prejudice to the filing of a motion for summary judgment on the same matter after fuller development of the record.

IT IS SO ORDERED.

Dated:  February 17, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT