IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT EPPS,** | Case No. 2:14-cv-01347 MCE AC P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| **CSP SACRAMENTO, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' Motion to Modify the Discovery and Scheduling Order and Vacate the October 14, 2016 Dispositive Motion Deadline (ECF No. 63), and good cause appearing:

IT IS HEREBY ORDERED that the October 14, 2016 dispositive motion deadline is vacated. The Court will issue a new dispositive motion deadline, if necessary, after issuing a final ruling on Defendants' motion for summary judgment for failure to exhaust.

DATED: October 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE